AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

**FILED**

Jun 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT
for the
Northern District of California

| | |
|---|---|
| In the Matter of the Seizure of *(Briefly describe the property to be seized)* Application by the United States for a Seizure Warrant for One Account for Investigation of 18 U.S.C. Section 981(a)(1)(A) and other offenses | Case No. 3:21-mj-70945-LB |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Northern__ District of __California__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Approximately 63.7 BTC (the "Subject Funds") accessible from the following cryptocurrency address (the "Subject Address") XXXXXXXXXXXX950klpjcawuy4uj39ym43hs6cfsegq

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __6/21/2021__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__United States Magistrate Judge Laurel Beeler__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __6/7/2021 9:10 am__

City and state: __San Francisco CA__

Judge's signature

Laurel Beeler, United States Magistrate Judge
*Printed name and title*